IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No 24-1151, 24-1182, 24-1202

_____

# NON-BINDING STATEMENT OF ISSUES FOR PETITIONERS, UNITED STEELWORERS, INTERNATIONAL ASSOCIATION OF MACHINISTS and AEROSPACE WORKERS, AND WORKSAFE, INC.

_____

Petitioners, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("USW"), International Association of Machinists and Aerospace Workers ("IAM") and Worksafe, Inc., (collectively Petitioners), intend to raise the following issue in this proceeding:

1. Whether the Environmental Protection Agency regulation, 40 C.F.R. 702.39(f)(2), authorizing the Agency to "take into account reasonably available information, including known and reasonably foreseen circumstances where subpopulations of workers are exposed due to the absence or ineffective use of personal protective equipment" when evaluating the risks posed by a chemical substance is consistent with the requirements of the Toxic Substance Control Act?

Respectfully submitted,

/s/ Randy S. Rabinowitz
Occupational Safety & Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
202/256-4080
randy@oshlaw.org

/s/ Victoria L. Bor
Occupational Safety & Health Law Project, LLC
P.O. BOX 3769
Washington, D.C. 20027
(301) 785-3204
Victoriabor87@gmail.com

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I certify that on June 19, 2024, using the D.C. Circuit's CM/ECF system, I served copies of NON-BINDING STATEMENT OF ISSUES FOR PETITIONERS, UNITED STEELWORERS, INTERNATIONAL ASSOCIATION OF MACHINISTS, AND WORKSAFE, INC. on counsel of record.

/s/ Randy S. Rabinowitz  
Occupational Safety & Health Law Project, LLC  
P.O. Box 3769  
Washington, D.C. 20027  
202/256-4080  
randy@oshlaw.org

*Counsel for Petitioners*