

September 18, 2024

Mark Langer, Clerk
U.S. Court of Appeals for the D.C. Circuit
300 Constitution Avenue, NW
Washington, DC 20001

Re: United Steelworkers v. EPA, No. 24-1151

Dear Mr. Langer:

 By this letter, I would like to inform the Court that I have a previously scheduled trip planned for June 13-30, 2024. As lead counsel for the Labor Petitioners in this matter, I would appreciate it if the Court could refrain from scheduling oral argument during this vacation.

 Thank you in advance for considering this request.

Very truly yours,

/s/ Randy S. Rabinowitz
Randy S. Rabinowitz
randy@oshlaw.org

(202)-256-4080
PO Box 3769, Washington, DC 20027