**ORAL ARGUMENT SCHEDULED FOR MARCH 21, 2025**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>*Petitioner*,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Lead Case No. 24-1151<br><br>Consolidated with Case Nos. 24-1182, 24-1185, 24-1202, 24-1237 |

**MOTION OF PETITIONERS AND INTERVENORS TO MODIFY THE BRIEFING SCHEDULE**

Petitioners and Intervenors in the above-captioned consolidated petitions respectfully request that the Court modify the current briefing schedule to extend the deadline for filing final briefs by seven days, from February 14, 2025, to February 21, 2025. All parties except for Respondents join this motion. Respondents take no position on this motion.

On August 21, 2024, pursuant to this Court's order, Doc. 2066204, the parties submitted a joint proposed briefing schedule and format, Doc. 2071284. The parties proposed that the deferred joint appendix be due on February 14, 2025, and the parties' final briefs be due seven days later, on February 21, 2025. *Id.* at 3.

1

On September 9, 2024, the Court ordered a briefing schedule in this case. Doc. 2073808. The order set the deadline for both the deferred appendix and final briefs on February 14, 2025. *Id.* at 2.

The undersigned parties respectfully request that the Court extend the deadline for filing final briefs by seven days, to February 21, 2025. Doing so would give the parties an opportunity to review the deferred appendix, after it has been finalized by petitioners, and accurately update their briefs with relevant citations to the appendix.

**DATED:** February 4, 2025              Respectfully submitted,

*/s/ Tosh Sagar*
Tosh Sagar
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

Kelly E. Lester
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(332) 251-0243
klester@earthjustice.org
*Counsel for Intervenor-Respondents*


*/s/ Rafe Petersen (with permission)*
Rafe Petersen
Meaghan Colligan Hembree

2

HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
(202) 419-2481
Rafe.Petersen@hklaw.com
Meaghan.Colligan@hklaw.com
*Counsel for Petitioners Texas Chemistry Council and American Chemistry Council*

*/s/ David Chung (with permission)*
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 624-2587
DChung@crowell.com

*Counsel for Petitioners American Fuel & Petrochemical Manufacturers and American Petroleum Institute*

/s/ *Randy Rabinowitz (with permission)*
Randy S. Rabinowitz
Occupational Safety & Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety & Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027

3

(301) 785-3204
Victoriabor87@gmail.com
*Counsel for Labor Petitioners*


*/s/ Keith Bradley (with permission)*
Keith Bradley
Kayla Marie Mendez
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
keith.bradley@squirepb.com
kayla.mendez@squirepb.com

W. Caffey Norman
Allan Kacenjar
2550 M Street, NW
Washington, DC 20037
(202) 457-5270
caffey.norman@squirepb.com
allen.kacenjar@squirepb.com

Katherine E. Wenner
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2763
katherine.wenner@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
*Counsel for Intervenor-Petitioner*

4

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Counsel hereby certifies that this motions complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 483 words, as counted by counsel's word processing system.

Counsel further certifies that this document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 using size 14 Times New Roman font.

**DATED:** February 4, 2025                    */s/ Tosh Sagar*
                                                Tosh Sagar