# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1151**                              **September Term, 2024**

EPA-89FR37028

Filed On: February 4, 2025 [2098826]

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

       Petitioner

       v.

Environmental Protection Agency,

       Respondent

------------------------------

Olin Corporation, et al.,
       Intervenors
------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

### O R D E R

    Upon consideration of the motion of intervenor Olin Corporation to continue the oral argument, and the opposition thereto, it is

    **ORDERED** that the motion be denied. These consolidated cases remain scheduled for oral argument on March 21, 2025.

### Per Curiam

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                          BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk