# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1151** | **September Term, 2024** |
| | **EPA-89FR37028** |
| | **Filed On: February 6, 2025** [2099258] |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Olin Corporation, et al.,
                            Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

## O R D E R

    Upon consideration of the motion of petitioners and intervenors to modify the briefing schedule, it is]

    **ORDERED** that the motion be denied.

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                BY:    /s/
                                                    Scott H. Atchue
                                                    Deputy Clerk