# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1151**  September Term, 2024
EPA-89FR37028

Filed On: February 10, 2025 [2099689]

United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers International Union,
AFL-CIO,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Olin Corporation, et al.,
      Intervenors

------------------------------

Consolidated with 24-1182, 24-1185,
24-1202, 24-1237

## O R D E R

    Upon consideration of respondent's motion to postpone oral argument and hold matter in abeyance, it is

    **ORDERED**, on the court's own motion, that any responses to the motion are due by February 11, 2025.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk
                            BY:    /s/
                                              Michael C. McGrail
                                              Deputy Clerk