# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-1151          September Term, 2024

EPA-89FR37028

**Filed On: February 14, 2025** [2100857]

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Olin Corporation, et al.,
            Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

    **BEFORE:**     Wilkins and Rao*, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of respondent's motion to postpone oral argument and to hold the matters in abeyance, it is

    **ORDERED** that the motion be denied. These cases remain scheduled for oral argument on March 21, 2025.

### Per Curiam

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:     /s/
                                   Michael C. McGrail
                                   Deputy Clerk

*Circuit Judge Rao would grant the motion.