| | |
|---|---|
| No. 24-1151 | September Term, 2024 |
| | EPA-89FR37028 |
| | Filed On: March 18, 2025 |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Olin Corporation, et al.,
                    Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

        **BEFORE:** Wilkins and Rao, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

        Upon consideration of EPA's motion for voluntary remand, motion to continue oral argument, and renewed motion to hold case in abeyance, and the responses thereto, it is

        **ORDERED** that the motion to continue oral argument be denied. The parties are directed to be prepared to address at oral argument the issues raised in the motion for voluntary remand and to hold case in abeyance.

### Per Curiam

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk