# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1151**  **September Term, 2024**

EPA-89FR37028

**Filed On:** March 18, 2025

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

     Petitioner

     v.

Environmental Protection Agency,

     Respondent

------------------------------

Olin Corporation, et al.,
     Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

### O R D E R

Upon consideration of intervenor-respondents' motion for allocation of argument time, the oppostion thereto, and the reply, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for March 21, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Industry Petitioners | - | 10 Minutes (to be divided with intervenor Olin Corporation as the parties deem appropriate) |
| Labor Petitioners | - | 5 Minutes |
| Respondent | - | 10 Minutes |
| Respondent-Intervenors | - | 5 Minutes |

**No. 24-1151**                                                          **September Term, 2024**

      The panel considering these cases will consist of Circuit Judges Wilkins and Rao, and Senior Circuit Judge Edwards.

      Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 19, 2025.

**Per Curiam**

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)