# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1151**  **September Term, 2024**

EPA-89FR37028

Filed On: March 21, 2025 [2106966]

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Olin Corporation, et al.,
    Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

    **BEFORE:** Circuit Judges Wilkins and Rao, and Senior Circuit Judge Edwards

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, March 21, 2025 at 9:39 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Rafe Petersen, counsel for Industry Petitioners and Olin Corporation.

    Randy Rabinowitz, counsel for Labor Petitioners.

    Daniel R. Dertke (DOJ), counsel for Respondent.

    Tosh Sagar, counsel for Respondent-Intervenors.

    Samuel B. Ballingrud, rebuttal for Industry Petitioners and Olin Corporation.

    Randy Rabinowitz, Rebuttal for Labor Petitioners.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

        BY:    /s/
              Anne A. Rothenberger
              Deputy Clerk