# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1151** | **September Term, 2025** |
| | **EPA-89FR37028** |
| | **Filed On: October 29, 2025** [2142843] |

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Olin Corporation, et al.,
                Intervenors

------------------------------

Consolidated with 24-1182, 24-1185, 24-1202, 24-1237

      **BEFORE:**    Wilkins and Rao, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of respondent's unopposed motion for a stay of the filing deadline to file a joint status report in light of the lapse of appropriations, it is

    **ORDERED** that the motion be granted. The respondent is directed to file the next status report within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

#### Per Curiam

                FOR THE COURT:
                Clifton B. Cislak, Clerk

      BY:    /s/
                Michael C. McGrail
                Deputy Clerk