IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Lead Case No. 24-1151<br><br>Consolidated with Case Nos. 24-1182, 24-1185, 24-1202, 24-1237 |

**JOINT STATUS REPORT**

Pursuant to the Court's April 30, 2025, Order, the parties submit the following joint status report in these consolidated cases.

1. Petitioners seek review of EPA's "Procedures for Chemical Risk Evaluation Under the Toxic Substances Control Act," 89 Fed. Reg. 37028 (May 3, 2024) ("2024 Rule"). The 2024 Rule was promulgated pursuant to the 2016 Amendments to the Toxic Substances Control Act ("TSCA") and revised certain provisions of a 2017 rule issued by EPA under the first Trump Administration.

1

2. On April 30, 2025, the Court granted EPA's motion to hold these consolidated petitions for judicial review in abeyance, pending notice-and-comment rulemaking to revisit and reconsider the 2024 Rule.

3. On September 23, 2025, EPA proposed revisions to the 2024 Rule, which were available for public comment through November 7, 2025. *See* 90 Fed. Reg. 45,690 (Sept. 23, 2025). The public comment period has now closed, and EPA is considering the comments received.

4. The parties will provide another status report in 90 days.

February 18, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

 */s/ Rachel D. Martinez*
RACHEL D. MARTINEZ
Environmental Defense Section
Environment & Nat. Res. Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-5589
Rachel.Martinez@usdoj.gov

*Counsel for Respondents*

*/s/ Rafe Petersen (with permission)*
Rafe Petersen
HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Rafe.Petersen@hklaw.com
Tel.: (202) 419-2481

*Attorneys for Industry Petitioners
Texas Chemistry Council and
American Chemistry Council*

/s/ David Chung (with permission)
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 624-2587
DChung@crowell.com

*Counsel for Industry Petitioners American Fuel & Petrochemical Manufacturers and American Petroleum Institute*

/s/ Randy S. Rabinowitz (with permission)
Randy S. Rabinowitz
Occupational Safety & Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety & Health Law Project, LLC
P.O. Box 3769
Washington, D.C. 20027
(301) 785-3204
Victoriabor87@gmail.com

*Counsel for Labor Petitioners*

/s/ Keith Bradley (with permission)
Keith Bradley
Kayla Marie Mendez
717 17th Street, Suite 1825
Denver, CO 80202
Tel: (303) 830-1776
Fax: (303) 894-9239
keith.bradley@squirepb.com
kayla.mendez@squirepb.com

W. Caffey Norman
Norman Law & Policy PLLC
3135 O Street NW
Washington, DC 20007
(202) 460-9495
caffeynorman@outlook.com

*Counsel for Petitioner-Intervenor*

Tosh Sagar
Earthjustice
1001 G St., NW, Ste. 1000
Washington, DC 20001
(202) 667-4500
tsagar@earthjustice.org

/s/ Kelly E. Lester (with permission)
Kelly E. Lester
Earthjustice
48 Wall St., 15th Floor
New York, NY 10005
(332) 251-0243
klester@earthjustice.org

*Counsel for Intervenor-Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ Rachel D. Martinez*
Rachel D. Martinez